IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| PATRICK WILSON,             )<br>                             )<br>         Petitioner,       )<br>V.                           )<br>                             )<br>UNITED STATES OF AMERICA,    )<br>                             )<br>         Respondent.        )<br>                             ) | Criminal No. 1:03cr345<br>Civil Action No. 1:05cv500 |

**ORDER**

This matter comes before the Court on the petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petitioner's motion is DENIED.

The Clerk is directed to send a copy of this Order and a copy of the accompanying Memorandum Opinion to the petitioner and to the United States Attorney of this District.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 28   , 2006